# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | CS-01 |
| Violation Number | 6842581 |
| Officer Name (Print) | GARZA |
| Officer No. | 5116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | CFR / USC / State Code |
|---|---|---|
| 12/07/2022 0958 | 18 USC 1387 | USC |

**Place of Offense:** INTERSECTION OF GUADACANAL AVE. AND IWO AVE. NRP, SAN DIEGO, CA, 92140

**Offense Description; Factual Basis for Charge:** CVC 22450 FAILURE TO STOP AT STOP SIGN.

HAZMAT ☐

### DEFENDANT INFORMATION

- Last Name: OJEDA
- First Name: OSCAR
- M.I.: N/A
- Street Address: [REDACTED]

### VEHICLE

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5029263 | CA | 2021 | FORD/F150 | | WHITE |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- Forfeiture Amount: $100
- + $30 Processing Fee
- **PAY THIS AMOUNT → $130 Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

- Court Address: 333 WEST BROADWAY, SAN DIEGO, CA, 92101
- Date:
- Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Oscar Ojeda

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **DECEMBER 7TH**, 20 **22** while exercising my duties as a law enforcement officer in the **SOUTH** District of **CALIFORNIA**.

AT 0958, I OBSERVED A WHITE IN COLOR FORD, F-150 (CA/5029263) THAT FAILED TO MAKE A COMPLETE STOP AT A STOP SIGN AT THE INTERSECTION OF GUADACANAL AVE. AND IWO AVE. I ACTIVATED EMERGENCY VEHICLE LIGHTS, INITIATED A TRAFFIC STOP AND FINALLY STOPPED ADJ. BLDG. 389. UPON MAKING CONTACT WITH THE DRIVER, I EXPLAINED MY REASON FOR THE TRAFFIC STOP AND REQUESTED HIS DRIVER'S LICENSE AND VEHICLE INFORMATION. A LOCAL RECORD CHECK, VIA NAVY REGION DISPATCH, SHOWED THAT HIS VEHICLE AND LICENSE WAS CLEAR. AT 1024, I ISSUED DD FORM 1805 UNITED STATES DISTRICT COURT VIOLATION NOTICE FOR (VC 22450) FAILURE TO STOP AT A STOP SIGN, WHICH OJEDA ACKNOWLEDGE AN SIGNED. I THEN CLEARED FROM SCENE.

The foregoing statement is based upon:
- ☑ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/07/2022    Officer's Signature: G.

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident